UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-2067

_____

B.H., A MINOR, BY AND THROUGH HER MOTHER; JENNIFER HAWK;
K.M., A MINOR, BY AND THROUGH HER MOTHER; AMY MCDONALD-
MARTINEZ

v.

EASTON AREA SCHOOL DISTRICT,

Appellant

_____

PRESENT:   McKEE, Chief Judge, SLOVITER, SCIRICA, RENDELL, AMBRO,
FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN,
GREENAWAY, Jr., VANASKIE, and GREENBERG[1], Circuit Judges

**ORDER**

The Court, *sua sponte,* orders rehearing *en banc* in the above captioned case.

It is ordered that the Clerk of this Court list the case for rehearing *en banc*

at the convenience of the Court.

By the Court,


/s/ Theodore A. McKee
Chief Circuit Judge

Date: August 16, 2012

_____

[1]Will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.

1



A True Copy:

Marcia M. Waldron, Clerk

TMM/smw/cc:      Mary Catherine Roper, Esq.
Molly M. Tack-Hooper, Esq.
Witold J. Walczak, Esq.
Keely J. Espinar, Esq.
John E. Freund, III, Esq.
Wilson M. Brown, III, Esq.
Kathryn E. Deal, Esq.
Wayne Pollock, Esq.
Terry L. Fromson, Esq.